KAY-CEE PROPERTIES, INC., Respondent, v. ARNOLD LAMPERT, Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

MAX KIRSH, Appellant, v. MARILYN KIRSH, Respondent.—

Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

ANNA M. KOENIG, Individually and as Executrix of ROBERT J. KOENIG, Deceased, Appellant, v. ARTHUR T. KOENIG, Respondent.—

Inasmuch as it has been adjudicated that defendant owns the entire partnership and has enjoyed the use of the deceased partner's share of a value of $1,740.97 since the agreed upon date of dissolution, interest should run from that time. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

MORRIS LAUBER, Plaintiff, v. JULIUS FEINBLATT et al., Defendants and Third-Party Plaintiffs-Respondents. KHELSHEK REALTY CORP., Third-Party Defendant-Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

EDWIN R. LA VIN, Respondent, v. RUSSELL C. LA VIN et al., Defendants, and SANFORD HOTEL CORP., Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur. [See *post*, p. 598.]